UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL DAVID ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>FBOP USP-ATWATER, Warden,<br><br>Respondent. | No.  1:19-cv-01367-AWI-JLT (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. No. 12)**<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE**<br><br>**NO CERTIFICATE OF APPEALABILITY IS REQUIRED** |

     Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On December 27, 2019, the Magistrate Judge assigned to the case issued Findings and Recommendation to dismiss the petition.  (Doc. No. 12.)  This Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within ten days from the date of service of that order.  To date, no party has filed objections.  The Court notes that the Findings and Recommendations served on Petitioner was returned by the U.S. Postal Service as "Undeliverable, Refused."

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

     The plain language of 28 U.S.C. § 2253(c)(1) does not require a certificate of appealability because this is an appeal from an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court.  <u>Forde v. U.S. Parole Commission</u>, 114 F.3d 878 (9th Cir. 1997).

Accordingly, the Court orders as follows:

1. The Findings and Recommendations, filed December 27, 2019 (Doc. No. 12), is ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED;
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and CLOSE the file.

IT IS SO ORDERED.

Dated:   April 30, 2020

SENIOR DISTRICT JUDGE